UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Abdirahman Yasin Daud (04),

    Defendant.

**ORDER**
Crim. No. 15-49 (MJD/FLN)

_____

    Bruce D. Nestor, De Leon & Nestor, LLC, Counsel for Defendant Abdirahman Daud.

_____

    This matter is before the Court on Defendant Daud's motion for a supplemental jury instruction. [Doc. No. 571]. Specifically, Defendant requests that the Court instruct the jury that they may request to review all or part of any testimony of a witness and that it is within the Court's discretion, after consulting with counsel and taking into consideration other factors, whether to grant such request.

    The Eighth Circuit has held "[o]nly if it can be demonstrated that the failure to permit the reading of requested testimony created unfairness to the defendant is the defendant entitled to have the jury informed as a matter of

1

right."  United States  v. Golliher, __ F.3d __, 2016 WL 1696757 at *5 (8th Cir. Apr. 28, 2016); see also United States v. Anwar, 428 F.3d 1102. 1114-15 (8th Cir. 2005) (finding district court did not abuse its discretion when it denied the jury's request for trial transcripts during deliberations, without first consulting with counsel, as such ruling was consistent with district court's preliminary and final instructions that no transcripts would be available to jury during deliberations).

Defendant has failed to demonstrate the supplemental instruction is warranted.

IT IS HEREBY ORDERED that Defendant's Motion for Supplemental Jury Instruction [Doc. No. 571] is DENIED.


Date:   June 1, 2016

                                         s/ Michael J. Davis
                                         Michael J. Davis
                                         United States District Court