UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 15-CR-00049(MJD/FLN)

UNITED STATES OF AMERICA,

       Plaintiff(s)

v.

ABDIRAHMAN YASIN DAUD (4),

       Defendant

## **SENTENCING MATERIALS**

Defendant Abdirahman Daud, by counsel Bruce D. Nestor of De León &Nestor,

LLC, submits the following materials to be considered by the Court in connection with

his sentencing scheduled for November 16, 2016:

1. Letter from Ilhan Omar
2. Letter from Mohamud Noor
3. Letter from Abdi Warsame
4. Letter from Jean Emmons
5. Letter from Caryn Olsen
6. Letter from Osman Sheikyusuf
7. Letter from Ali Ibrahim
8. Letter from Farhiyo Mohamed
9. Letter from Abdirashid Daud
10. Letter from Naema Ahmed
11. Letter from Karen Schraufnagel
12. Joint Letter from Ebyan Adult Day Center
13. Joint Letter from Glendale Neighborhood

Date: <u>November 9, 2016</u>       <u>*S/ BRUCE D. NESTOR*</u>
                              Bruce D. Nestor, MN #0318024
                              DE LEÓN & NESTOR, LLC
                              3547 Cedar Ave. South
                              Minneapolis, MN 55407
                              (612) 659-9019
                              (612) 436-3664 – Facsimile

                          **ATTORNEY FOR ABDIRAHMAN DAUD**

November 8, 2016

The Honorable Michael J. Davis
Sr. U.S. District Judge, District of Minnesota
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Honorable Judge Davis,

As you undoubtedly deliberate with great caution the sentencing of nine recently convicted Somali-American men, I bring to your attention the ramifications of sentencing young men who made a consequential mistake to decades in federal prison. Incarcerating 20-year-old men for 30 or 40 years, is essentially a life sentence. Society will have no expectations of the to be 50- or 60-year-old released prisoners; it will view them with distrust and revulsion. Such punitive measures not only lack efficacy they inevitably create an environment in which extremism can flourish, aligning with the presupposition of terrorist recruitment: "Americans do not accept you and continue to trivialize your value. Instead of being a nobody, be a martyr".

The best deterrent to fanaticism is a system of compassion. We must alter our attitude and approach; if we truly want to affect change, we should refocus our efforts on inclusion and rehabilitation. A long-term prison sentence for one who chose violence to combat direct marginalization is a statement that our justice system misunderstands the guilty. A restorative approach to justice assesses the lure of criminality and addresses it.

The desire to commit violence is not inherent to people—it is the consequence of systemic alienation; people seek violent solutions when the process established for enacting change is inaccessible to them. Fueled by disaffection turned to malice, if the guilty were willing to kill and be killed fighting perceived injustice, imagine the consequence of them hearing, "I believe you can be rehabilitated. I want you to become part of my community, and together we will thrive." We use this form of distributive justice for patients with chemical dependencies; treatment and societal reintegration. The most effective penance is making these men ambassadors of reform.

The restorative approach provides a long-term solution—though the self-declared Islamic State may soon suffer defeat, their radical approach to change-making will continue as it has throughout history—by criminalizing the undergirding construct rather than its predisposed victims. Therein, this ruling can set a precedent and has the potential to be a landmark case in addressing extremism.

Thank you for your careful attention,

Ilhan Omar
State Representative-Elect - MN 60B
████████████████████
Minneapolis, MN 55454



**Confederation of Somali Community in Minnesota**
**Brian Coyle Community Center**
420 15th Avenue South, Minneapolis, MN 55454
Phone (612) 605-3222 - Fax (612) 605-3266

October 10, 2016

Honorable Michael Davis
United States District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

**RE: UNITED STATES V. ABDIRAHMAN YASIN DAUD**
   **CRIM. NO. 15-49**

Dear Sr. Judge Michael Davis:

   I am writing on behalf of Mr. Abdirahman Yasin Daud concerning his upcoming
sentencing relative to the above-referenced indictment.

   I have known Mr. Abdirahman Yasin Daud and his family for many years. I understand
the seriousness of the crime of which he was convicted and there is no doubt his crimes are
very grave and must be treated as such. However, sentencing Mr. Daud to decades in jail with a
strong possibility of never being released offers no way forward for him, the other young men
who have been convicted, their families, or our community.

   In my capacity as the executive director of the Confederation of Somali Community in
Minnesota, I have become deeply concerned with my community's need to heal. Lengthy
sentences for these young men will only increase divisions in our community and between our
community and the government. I believe a sentence that holds Mr. Daud accountable, while
offering him a path to work his way back in to our society, will be the best way of strengthening
our community and keeping society safe.

   I am hopeful that Mr. Daud can be rehabilitated and will serve as a model for
rehabilitation and community reconciliation going forward.

   Your honor, I am quite familiar with facts of this case and I would appreciate any
consideration you can give Mr. Daud when imposing what the Court deems an appropriate
punishment for his crimes.

Very respectfully yours,

Mohamud Noor

Executive Director

*Our Mission: To strengthen the capacity of Somalis in Minnesota to become contributing members of society, while keeping their culture.*
www.csc-mn.org

**Abdi Warsame**

███████ Avenue South, Minneapolis MN 55454

October 13, 2016

Honorable Judge Michael Davis
United States District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street, Minneapolis MN 55415

Dear Judge Davis,

I am writing to you on behalf of Mr. Abdirahman Yasin Daud. I have known him and his family for many years and his current legal situation has made me feel very concerned about his future.

I learned that Mr. Abdirahman Yasin Daud will be facing conviction soon. While I understand this process will pursue accountability for the actions he took in the past, I also want to advocate for his future hoping that you would also consider the most impactful approach for his rehabilitation and reinstatement to society.   Mr. Abdirahman Yasin Daud is a young man who has a future ahead of him.

If you have any questions, please do not hesitate to contact me at 612.991.4521.

Sincerely,

Abdi Warsame

November 3, 2016

The Honorable Michael J. Davis
Senior United States District Court Judge
United States District Court for Minnesota
300 4th Street, #13E
Minneapolis, MN 55415

Dear Judge Davis:

My name is Jean Emmons. I previously testified before you on May 22, 2015, at the detention hearing for Abdirahman Daud.

I have worked offsite with a social service agency with Glendale Townhomes families since 2001, beginning as a youth program coordinator. Currently my current title is youth program manager. I operate after-school youth programming for K-6 youth, as well as a community based full day summer school. I also mentor teens.

I met Abdirahman Daud in 2008. He attended my afterschool program with his younger brother. He would have been an eighth grader at the time. We served youth 1st to 8th grade at that time. Abdirahman was memorable for me for his respectfulness and calmness. He was a most personable role model for younger students, and he genuinely cared about the program. I asked him to return as an intern for those reasons.

Abdirahman returned to the program as a student intern in spring of 2010 through the WIA program. My teacher had quit in March and there was no replacement coming. Abdirahman helped me run the 2nd and 3rd grade group, which was mostly very high energy and impish little boys. He instinctively understood that the secret to good youth work was establishing caring, but firm relationships with students. Abdirahman was an excellent mediator and peace maker. I never heard him raise his voice, or lose his temper even once, regardless of the provocation. He was animated and engaged students with his reverence and excitement for learning. The children looked up to him and respected him. Abdi would stay after program to play basketball with the younger students, his reward for a youth who had finished a difficult assignment. Abdirahman was as supportive and committed as any adult professional. His performance was remarkably consistent, especially for such a young person.

Abdirahman also assisted at our agency's camp in Wisconsin as a Counselor in Training for the final session. This session served agency summer programs. He also interviewed for part time work at the program during his first year in college. I did not have contact with Abdirahman after the middle of 2012.

Sincerely,

Jean Emmons

Jean Emmons

October 23, 2016

To Whom it May Concern:

I met Abdirahman Daud in February of 2011 when he enrolled in the youth employment readiness program I ran at a community non-profit. At the time he was a junior in high school and his goals were to graduate high school and enroll at the University of Minnesota to study business or education. He sought out the program because he was interested in gaining work experience through a paid summer internship program.

That summer Abdirahman was placed as a summer intern at Luxton Park as Youth Work Assistant in the Luxton Learners Summer Program. He worked four days per week, alongside children in kindergarten through 5th grade. He supported teachers and facilitators with academic and enrichment groups, and helped children one-on-one and in small groups. Throughout his internship experience Abdirahman was professional and reliable, he attended intern orientation and training as well as staff meetings throughout the summer. Twice during the summer he received feedback from his worksite supervisor. Overall, his review was very positive. His supervisor wrote, "Abdirahman displays maturity and sensitivity far beyond his years. He excels at taking initiative with coaching youth. Abdirahman was exceptionally helpful this summer." Abdirahman was also a leader amongst his intern cohort, offering thoughtful insights and reflections on his experience during meetings.

Upon completion of his summer internship I helped Abdirahman apply for a job with the Conservation Corps of Minnesota. On his application he stated that he was interested in working with the program because "[He wanted] to learn about how to communicate with people from other cultural backgrounds." He also stated that the following about the unique perspective he could bring to the job, "I would bring skills that I made through working with and helping people in the community such as translating for the elders and helping them with their daily needs." He was hired in September of that year.

In my experience working with him, Abdirahman was a bright, focused and conscientious teen. He was a pleasure to work with and added a lot of value to our program.


Thank you,

Caryn Olsen

Minneapolis, MN 55418
@gmail.com

Hello my name is Osman Sheikyusuf and I work for Minneapolis Public Schools as a Dean of Students. I am the tenth grade dean at Roosevelt high schools. I have been there since May of this year. I love my job because I believe my work makes a difference in kids lives. I like working in the education field even though I majored in Marketing and Business Administration. Its funny how life works sometimes. I say this because i went to the same high school that i work at now 17 years ago. I came full circle. As a father now to a beautiful little girl and a husband to my wonderful wife and a leader in my community i know that I am helping to prepare the next generation of parents and leaders in our collective community here in the twin citties and that brings me a lot of joy. I remember how our teachers and other staff were there for us and how much they cared for us. I am now in that role providing the same care for students that i was provided with.  I am glad that I have patience and choose the focus on my students potential rather than fucus on the mistakes that they make due to their youth. I know that I was young once and I like them made my share of mistakes. I am glad that I was given the opportunity to learn, grow and make mistakes. I am also glad that I wasn't condemned by my elders, leaders, educators and was given another chance, which brings me to the point of Abdirahman Daud. I think that he is a great young man who deserves a chance in life. I say this because I know Abdirahman

very well.

I am a good friend of Abrirahman Daud and have known him for many years now. I have had the privilege to not only have him in my life as a friend but to also do many volunteer works with him in the community. Through our struggles with our work to contribute into the community we have developed a close bond and gotten to know one another's character, commitment, and compromise of personal time in order to help people. I am amazed at how young Abdirahman is and how selfless he is when it comes to serving others. I have seen him time and again give up time with his family and friends in the holidays to volunteer and supervise kids so they can play and enjoy their day. I have seen him tutor kids and help them with their homework. He has helped to teach many kids how to read and write. I have seen Abdirahman visit people who are sick in their homes as well as in the hospital. He is the kind of guy who would give you whatever you need aslong as he has it. I truly am amazed at the caring nature of Abdirahman and the mercy he has towards people especially children. It is out of his character to hurt people in any way. I know that my personal relationship with him has been nothing but positive and constructive and from what I have seen from his interactions with his family and friends it has been nothing but positive and respectful also. I truly am honored to call Abdirahman my friend and I hope that good things happen to this wonderful young

man who is totally deserves a second chance in life.

Signiture:

*Osman Sheikyusuf*

▬▬▬▬▬▬▬▬▬

Minneapolis, MN 55414

763 - ▬▬ - ▬▬

**Ali Ibrahim**
██████████ South
Minneapolis, MN 55411
Oct 24, 2016

**The Honorable Michael J. Davis**
United States District Court
District of Minnesota
300 S. 4th Street, #13E
Minneapolis, MN  55415

Dear Judge Davis:

I am writing this letter on behalf of Abdirahman Yasin Daud due to be sentenced by you on November 16, 2016. I have known Abdirahman for most of my life.

My name is Ali Ibrahim, and I am a recent graduate of the University of North Dakota, now employed as a Petroleum Engineer. I'm an active volunteer of the Society of Petroleum Engineers.  This organization provides opportunities for young professionals to enhance their professional competence by mentorship of alumni students.

I grew up with Mr. Daud since 2005 when I was eleven years old. I came to the United States as a refugee in 1999. I met Mr. Daud when we attended school together and as most Somali kids meet, we met through playing for the same basketball team. We continued to attend school together through middle school and high school. After we graduated, we have maintained contact through our families and at community events.

When I first met Abdirahman, I was struck by his maturity. He has a vision that seemed to be years beyond his age. Abdirahman is a very smart and very bright person with a pure heart.  For example when our peers were playing basketball or talking to girls, Abdirahman volunteered during his own time without any programs or actually anyone even knowing. He would visit the sick in hospitals and teach school age kids in his spare time. His character and actions are not of one that would ever commit murder. During our longtime friendship Abdirahman would encourage me to volunteer at after-school or community programs. Giving back to the community and helping others always inspired him.  Mr. Daud was a very active member of the community. He enjoyed tutoring and mentoring younger kids. Throughout his entire life this is something that stayed constant. When he was younger he tutored kids in his neighborhood, and later on in his adulthood became a volunteer teacher on the weekends for free. Abdirahman Daud stuck out to everyone he came across. Parents would praise him because of his active work, begging and calling them to be friends with their kids, or a role model. Most Somali kids don't have fathers or older brothers and as you know many fall into some sort of trouble with the law, drugs, or failing school. But Abdirahman would be a role

model to everyone. He volunteered, taught and visited all ages from a three year old to a seventy year old women. He would bring his siblings along because he wanted to establish a strong bond with them and be a good role model for them. His enthusiasm for life and his leadership skills are contagious to all that are around him. Most importantly he is the pillar to his family, I would always make fun of him because he practically raised his youngest brother. He played a big role in raising his siblings and also was there financially and spiritually for his mother. Abdirahman is well loved by the community and his family.

Your Honor, Abdirahman's absence now has been like a dark cloud over the community, I know the severity of this case but a long sentencing will harm the community more than it will protect it. He can honestly do more for the community and the government released sooner than later. I can confidently say that he is a hardworking, honest, SELFLESS individual.

I hope you will consider my letter in your final judgment and recognize that Mr. Daud has a sound moral compass and has many supporters who admire him while not agreeing with the actions that resulted in his conviction. I am respectfully asking for mercy of this court when Abdirahman Daud is sentenced. I pray that you will give a heartfelt consideration in making that decision and that you will take into consideration all of the good that Abdirahman has accomplished and can accomplish in the future.

Thank you in advance for your time and for your consideration.

Sincerely,


**Ali Ibrahim**
██████████ South
Minneapolis, MN 55411
Oct 27, 2016

Farhiyo Mohamed

Minneapolis, MN 55407
November 6, 2016

The Honorable Michael J. Davis
Senior District Court Judge
United States District Court
District of Minnesota
300 South 4th Street, #13E
Minneapolis, MN 55415

Dear Judge Davis,

I am writing this letter to you concerning my son, Abdirahman Yasin Daud.

My name is Farhiyo Mohamed, and I am Abdirahman's mother. I have 5 children, Abdirahman is my oldest. I escaped from Somalia during the Civil War, living in a refugee in Kenya for many years. It was here that Abdirahman was born. Raising my young family in these conditions was very difficult - living in crowded tents (over 20 people in each tent, sometimes more), food was scarce and portions limited, clean water was almost impossible to come by. I walked great distances to find wells and carry water to my children. I desperately wanted to escape this unsafe environment and give my children a better life. In 2003 my dream came true and I received sponsorship to come to this country. It came with a cost though. I was separated from my children for the first time as they travelled ahead of me with their grandparents and aunt. 15 days later we were reunited in Minneapolis!

I left everything I've known to escape a war-torn country and give my children the best life possible. I came to a country where I was not familiar with the language or culture. The father of my children remained in Kenya, so I arrived here as a single mother, pregnant with my fourth child. I worked night and day to survive, living paycheck to paycheck. I have worked in housekeeping, in a nursing home, on an assembly line, and so many other rigorous jobs, all to provide for my family here in America and back home in Somalia.

With me away from home so much working, my eldest son, Abdirahman took on the role of father to my younger children. Although he was twelve, he was very mature. While other kids played after school, he took on jobs well beyond his years. He changed diapers, fed the kids, and helped them with their homework. At a young age, he knew what responsibility was. He got his first summer job, Summer Splash, at only twelve years of age. When he reached fourteen he was promoted to "tutor". Abdirahman was seventeen when my fifth child, Safwan, was born. Safwan thinks of Abdirahman as his father, because we took turns caring for him and working – I worked in the mornings while Abdirahman cared for Safwan, I came home in the afternoons and Abdirahman went to work. In fact, until his arrest, Abdirahman has worked continuously to help support the family, financially and in so many other ways.

Abdirahman's character speaks volumes to everyone he has come across. Most mothers get called in to school because their children get into fights or argue with their teachers or misbehave. I was called in for my other children, but never for Abdirahman. His teachers gave him glowing reports all through his academic career. Abdirahman loved to help people. Whether it was tutoring after school, or volunteering at children's camp, or visiting the sick (even those he did not know personally) in the hospital, Abdirahman's pure heart has shown through.

Judge Davis, I am writing to beg mercy for my son. I feel tremendous guilt that I worked so hard and place so many responsibilities on him that I was not aware of how he was changing in his last year of high school and afterwards. Every day I think if only I had been able to spend more time with my son, he would not be where he is now. I am sure you believe that I am blinded to his faults, that he fooled me somehow. This is not true. I have tried to figure out how this could have happened. I have tried to reconcile the child I raised with the person the prosecution presented in court. I believe that he is responsible for allowing his concern for others to be manipulated. He was never raised to hate others in my house. He never expressed hatred of others and certainly not of America.

April 19th, 2015 was the hardest day of my life. It still feels like a nightmare and I wait to wake up. There was awareness in the community about Al-Shabaab and recruitment, so I educated my kids about current issues in Somalia and taught them that what Al Shabaab was doing is against our religion and moral values but really didn't know anything about ISIS and it was never discussed in my home.

Despite the circumstances in which you are meeting him, my son is a good man. He will accept the consequences you give him for the actions he took. He will serve his sentence with the dignity that he brings to everything he does. But if you can find the courage to show mercy, to give him a sentence below what the prosecution and guidelines are calling for, he will prove himself worthy of your mercy. He will dedicate himself to teaching others the lessons he has learned from this experience. I will be grateful to you. My family will be grateful. My community will be grateful. Search your heart and give my son a chance to show you the person we all know him to be. Thank you and God Bless You,

Farhiyo Mohamed



Abdirashid Daud

Minneapolis, MN 55407
November 8, 2016

The Honorable Michael J. Davis
Senior District Court Judge
United States District Court
District of Minnesota
300 South 4th Street, #13E
Minneapolis, MN 55415

Dear Judge Davis:

I truly don't know where to begin. As I am sure you know what this letter is pertaining to (the upcoming sentencing of Abdirahman Daud) and containing, I beg you to be as open minded as you have been thus far and even more so as we enter the final stretch.

I want to start off by saying that my brother, Abdirahman Daud, is like my twin. We've always been the two brothers closest to each other in age and so well connected that I feel like I would know anything and everything going through his mind. We share so many values, so I can see understand where he could have gone wrong and I understand that there need to be consequences – but not what I'm seeing on social media and everywhere else. To me, if you take my brother away for thirty to forty years it is the same as eternity. All the memories we have shared and could share in the future disappear into thin air. And that's something I cannot live with. A part of me just disappearing.

My brother has been influenced. My brother is a very benevolent, loving, soft spoken young man. I am sure you have learned this about him from the time you have spent with him already. Some of his weaknesses that I know him myself are that he is very naïve and could be easily misled by others who are themselves deluded. They used their misinterpretation of the Quran which made my brother very vulnerable. They saw his vulnerability and used it to their full advantage. Somali youth like us, going through this "tale of two worlds" have a difficult time and there are those who prey on our difficulties.

I have been speaking with my brother a lot lately and I can already see the difference. He's changed a lot and has a different perception. This experience has opened up his mind, his eyes, to the things he lacked, and he is ready to change and willing to learn even more. The sentencing that he faces do not fit the person he is – with nothing bad in his background at all, someone who has never been a violent person.

All he ever did was work for the family. He was the man of the house behind my dad. We love him so much and these are the times when we most need him.

Please Judge Davis, instead of putting him away for a long time, please consider a shorter sentence. A few years with some good teaching and programs behind him and he will come out top notch. Then he can return to his family so we can start building our future. That would be the best outcome for me and my broken family. A long, excessive sentence will only push him further away from us. We need him. He needs us. I hope that you find mercy in your heart.

Sincerely,

Abdirashid Daud

**Naema Ahmed**

Minneapolis, MN 55418
November 5th, 2016

**The Honorable Michael J. Davis**
Senior District Court Judge
United States District Court
District of Minnesota
300 South 4th Street, #13E
Minneapolis, MN  55415

Dear Judge Davis:

I am writing this letter to you concerning Abdirahman Yasin Daud.

My name is Hawa (Naema) Ahmed. I currently attend school, where I am working towards a double major in Business Administration (BS) and English (BA).  I work at Cargill, a Fortune 500 company, in the marketing team as a Business Analyst.

I've known Abdirahman and his family for more than a dozen years now. Contrary to how the prosecution has portrayed him to be, Abdirahman is a remarkable human being. Throughout his childhood to adolescent years to now in his adulthood, everyone that he has come across was struck by his character, selflessness and compassion for others. Whether if it was from raising his siblings while his mom was at work or tutoring the neighborhood kids while others his age played basketball in their spare time or even if it was behind jail walls, correctional officers and inmates taken back by the public reports of him and the man they got to know during his incarceration. They would all attest to his character.

Throughout supporting him during his imprisonment, we started off as friends and I have been his pillar to lean on during this difficult time in his life. Being the closest person to Abdirahman, I can confidently say I know every part of him. Prior to his arrest he was my teacher, he taught kids from toddlers to elders. He was more than just a teacher to the community, he was counselor, adviser, taught children whose parents were too busy to, big brother to those who had no male figure in their lives, filled ambition in the hearts of grandmothers who thought it was too late to learn. Abdirahman was the light to many people's lives and since his absence we have all been living in darkness.

Judge Davis, you have been a judge for over 30 years - longer than these defendants and I have been alive. I greatly trust your decision making because of your enormous wisdom and experience in similar cases. I hope that you will distinguish Abdirahman from the image the government put out, and see the Abdirahman that everyone he has come in contact with knows. Abdirahman completely takes responsibility for the crime he has committed. By remaining on his side through this difficult journey, I assure you that he has changed completely

and grown as an individual. I visit him every week and talk to him every day, sometimes three times a day. I would have never fallen in love with someone that is violent or desires to harm anyone but only a person who is selfless and loving. During this time Abdirahman has only been in contact with his family. He has remained very private from the outside world, focusing on himself and building his relationships with his siblings, parents and me of course. Imprisonment is not the hardest thing for him because Abdirahman is a very strong person. The most difficult thing for him is the disappointment he feels in himself for being manipulated into something completely against his ethics, morals and principles.

Somehow through miles apart, walls that separate us and odds against us, Abdirahman's main concerns now are starting a family and fulfilling his goals. We have plans of getting married no matter what happens. I promise you that if there is anyone in this world that you can entrust him with, it is me. The thoughts or ideologies concerning this matter have been wiped off his brain. I have been a huge part of his mental growth, decision making, staying out of trouble and planning during his incarceration. And I will continue to be.

Your Honor, I know you will be reading plenty of letters, transcripts and records. But one thing I deeply hope is that you will find in your heart that Abdirahman is good person. Abdirahman is deeply regretful of the serious mistakes he made. A punishment is deserving without a doubt to teach him a lesson, but not a lengthy sentence. I will make sure that he never falls into matters of this nature again and teaches his community, siblings and hopefully his own children from the mistakes he has made. You once said, "Over the years I've had a number of firsts. I don't take it as a burden or obligation. I take it as a position to ensure that the community – whether the legal community or general community – know that people of color and women can soar and do extremely well in whatever profession they choose." As a first, I am asking you respectively to look beyond what the prosecution has presented because Abdirahman is way more than a defendant, he is more than an inmate, and he is not a terrorist. Please give him the chance to show you, Your Honor, the son, the big brother, the community helper and one day soon hopefully the husband we all know. With much respect, thank you for your consideration. May God Bless You,


Naema Ahmed

The Honorable Judge Michael J Davis
Senior District Court Judge
United States District Court, District of Minnesota
300 South 4th Street
Minneapolis, MN 55401

November 2nd, 2016

Dear Judge Davis:

My name is Karen Schraufnagel. I have lived in the Twin Cities for most of my life. I am a graduate of St. Paul Academy and Summit School and the University of Minnesota (with a graduate degree in Economics from Northwestern University). I currently reside in South Minneapolis with my husband, our dog and cat. I have been active in struggles for Peace and Justice for decades now, but I knew very little of our local Somali community until this past January. After helping to launch a national coalition called STARI – Stand Together Against Racism and Islamophobia – I created a local arm called Minnesotans Against Islamophobia. As I was building and nurturing our local group, I came to learn of the plight of nine young men (eight Somali and one Oromo). As I closely followed the cases, I was drawn into a tight knit yet surprisingly welcoming community. I would never have expected an immigrant, black, Muslim community to embrace a 50-something Jewish woman, born-and-raised in St. Paul, like a member of the family. I would never have expected to feel so close in such a short time. But I do feel close and that compels me to write. Of course having only been part of the community since January, I have not had the chance to meet any of the young men awaiting sentence in person, but I have been at court proceedings and I did get to visit with Abdirahman Daud over the video screen at Sherburne County Jail.

While I authored a general letter seeking mercy for ALL the young men in this case – a letter that I collected signers for and which I will personally submit to the court separately – here I wish to offer a specific plea for Abdirahman Daud. I have become very close to Abdirahman's mother, Farhiyo, and his fiance, Naema. They are incredible people of exceptional character. I know Abdirahman's youngest brother, Safwan, who adores his big brother and cannot begin to understand what is happening now and why his brother has been kept from him for over 18 months. As I mentioned, I have even gotten to speak with Abdirahman himself, although not "in person." I found Abdirahman to be a very thoughtful young man who recognizes the wrong that he did, and feels genuine remorse (surprisingly with no visible accompanying bitterness). While he accepts his fate with equanimity, he prays continuously to be given a second chance – which he would use for the benefit of his family and entire community. He is a religious man who has never been in trouble before. He has never shown any violent tendencies in his personal interactions with others. He is respectful of his elders and has true compassion for his fellow human beings. His compassion and desire to help are probably qualities that made him vulnerable to slick ISIL recruiters originally, but the experience of this past year and a half has brought a measure of wisdom that I have rarely seen in a man so young. I believe the compassion and desire to help - now tempered with wisdom few possess - make him an ideal candidate for mercy. The sooner Abdirahman is returned to his family and his community, the sooner he will be able to put to use the lessons he has learned through this long ordeal. Abdirahman has all the qualities which will make him a fine teacher, who will be able to influence many vulnerable young Somali men away from the extremist narrative. Such an outcome would benefit all concerned.

Thank you very much for your consideration. Sincerely,

*Karen Schraufnagel*

Karen Schraufnagel

# EBYAN ADULT DAY CENTER
## Your Care/Our Mission

| 1810 Riverside Ave | Office: 612-338-5119 |
| Minneapolis, MN 55454 | Cell: 651-328-9542 |
| | Fax: 612-338-5136 |
| Email: ebyanadultcenter2@gmail.com | |

October 17, 2016

Honorable Michael Davis
United State District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

**RE: United States V. Abdirahman Yasin Daud**
**CRIM: No. 15-49**

Dear Sr. Judge Michael Davis,

We write this clemency and leniency for the impending sentencing of Mr. Abdirahman Yasin Daud.

We know Mr. Abdirahman for many years. Together we worked with his family and neighbored. We understand that Abdirahman was involved one of the horrific crimes.

We are so sad. Abdirahman was a nice, active and very helpful for elders and kids, just something misguided him to the wrong path.

We all are asking clemency and leniency of his sentence. We firmly believe a commutation of sentence of Mr. Abdirahman Yasin Daud would be in the best interest of our community, family members, friends and loved ones who continue to suffer each day.

We believe that Mr. Abdirahman can be rehabilitated to a better instead of a long prison sentence.

Your honor, we would appreciate your kind consideration, decision, and sacrifices you have made in keeping America and the World free of any heinous crimes by rehabilitating young boys and girls.

Yours sincerely.

Kadra Dahir
Ayan Abukar
Hamdi Hussein
Hafza Ossoble
Faduma Farah
Mariam Moalim
Ayanle Mohamed
Soad Ismail
Abduallahi Hassan
Aweis Abdow
Ifrah Abdullahi

To: Honorable Micheal J. Davis, United States District Court for the District of Minnesota
From: The Glendale Neighborhood of Abdirahman Yasin Daud
Date: October 22, 2016
Re: Sentencing of Abdirahman Yasin Daud

The family of Abdrihaman lived in Glendale for 11 years and moved only two months before he was arrested. We are writing to you as neighbors, youth and family that witness Abdirahman grow up in our neighborhood. He was 10 years old when he came to this neighborhood. We witnessed Mr. Daud from the time that he moved to our neighborhood till now, he was always a very well behaved young man way beyond his years. He was very active in our neighborhood, he helped raise and mentor many kids in the Luxton Gym. He was the father and older brother that many kids did not have. Mr. Daud never had any traits of violence his entire life, he never started trouble or created any issues for any of the neighbors or their children, he brought people and kids together and most importantly our neighborhood together. Abdirahman was a role model for the children as he worked for after school homework help and help kids with their tutoring programs. We never saw him do anything criminal or commit any suspicious behavior. Mr. Daud is the complete opposite of what the government has pictured him to be, he would rather be the one who would break up fights and resolve conflict rather than be the one committed such heinous crime that he has been convicted. Our neighborhood along with Abdirahman accept the jury's decisions in the counts that he has been convicted of. Abdirahman takes responsibility for his actions but long-term sentencing will not help heal or rehabilitate. He needs rehabilitations not a long sentencing. Jail time will only cause more problems in our community that is already suffering so much.



1) **Printed Name:** Fartun Iman
   **Signature:** _(signed)_
   **Address:** 27th Ave SE
   **City, State, Zip:** MN 5____
   **Phone:** ▉▉▉▉
   **Date:** 6/31/16

2) **Printed Name:** Zadan Yusuf
   **Signature:** _(signed)_
   **Address:** Delaware St SE mpls, MN
   **City, State, Zip:**
   **Phone:** 3692-
   **Date:** 10/3/16

3) **Printed Name:** Kaaha AA Kaahiye
   **Signature:** _(signed)_
   **Address:** Delaware ST mpls, MN
   **City, State, Zip:**
   **Phone:** 612
   **Date:**

4) **Printed Name:** Elemo ▉▉▉▉
   **Signature:** _(signed)_
   **Address:** ESSEX, MN 55414 612-
   **City, State, Zip:**
   **Phone:**
   **Date:** 10/3/16

| # | Printed Name | Signature | Date | Address | City, State, Zip | Phone |
|---|---|---|---|---|---|---|

6) Adi Chileabre — essex street mpls mn — 612- — 10/31
Abdurani Ali
Address: ... essex st apt 4, ... essex st address

7) Saint marys Pl minneapolis, MN 55414 — 612- — 10/31/16

8) Marian Mohamed — Marian M.
Saint marys Pl minneapolis, MN 55414 — 612- — 10/31/16

9) Jarrod Beard
delaware st. SE minneapolis, MN 55448 — 6|c- — 10/31/16

10) Mohighma Esse
williams ave SE minneapolis minnesota 55414 — 612- — 10/31/16

Date 10/31/16

| | Printed Name | Signature | Address | City, State, Zip | Phone | Date |
|---|---|---|---|---|---|---|
| 1 | Damazeo Dowd | ▓▓ | ▓▓▓ Av N | MN MN 55412 | 612- ▓▓▓ | |
| 2 | Donald Jones | Donald J | ▓▓ | MN, MN 55412 | 612- ▓▓▓ | 10/31/16 |
| 3 | Chris Thomas | Christhoms | ▓▓ Delaware st se | MN, Mn 0414 | 6/2 ▓▓▓ | 10/31/16 |
| 4 | Salma Ali | Samia A | Saint marys Pl. | Minneapolis, MN 55414 | 612- ▓▓▓ | 10/31/16 |
| 5 | Snabeed cole | snabeel cole | ▓▓ Delaware st se | mplsmn | 612- ▓▓▓ | |
| | | | | | | |



| # | Printed Name | Signature | Date |
|---|---|---|---|
| 1 | Khadra Farah | Khadra FR | 10-31-16 |

**Address** Williams Ave SE MPLS, MN 55414 **City, State, Zip** **Phone** 612-

| # | Printed Name | Signature | Date |
|---|---|---|---|
| 2 | Amal Mohamed | Amal | 10/31/16 |

**Address** Delaware St SE MPLS Mn. 55414 **City, State, Zip** **Phone** 612-

| # | Printed Name | Signature | Date |
|---|---|---|---|
| 3 | Ubah Farah | Ubah Farah | |

**Address** Delaware St SE MPLS Mn 55414 **City, State, Zip** **Phone** 612-

| # | Printed Name | Signature | Date |
|---|---|---|---|
| 4 | Fanma Mohamed | mohamed | |

**Address** 27th au . SE Minneapolis MN 55414 **City, State, Zip** **Phone** 612-

**Printed Name** Khadija Ali    **Signature** ~~Ali~~ Kh

**Address** Zit ae    So Mpls, MN  55418    **Date** ████

City, State, Zip    **Phone** 612-