# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 16, 2019

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re:  Abdirahman Yasin Daud
           v. United States
           No. 18-7427
           (Your No. 16-4364)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 10, 2018 and placed on the docket January 16, 2019 as No. 18-7427.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Melissa Blalock
           Case Analyst